JOHN N. FISH *vs.* CYRUS E. WALKER.

Somerset County. Decided February 16, 1931. On motion. Action for damages for breach of warranty in sale of a horse. Verdict for plaintiff. Damages assessed at $175. The evidence is sufficient to sustain the finding of liability. The damages are clearly excessive. The value of the horse as described by the seller and understood by the buyer is agreed to be $120. The only testimony as to its real value comes from plaintiff who states it to be $50. The verdict could not properly exceed $70.

This case presents a typical instance of an error on the part of the jury, which should have been corrected on motion directed to and heard by the presiding Justice at *nisi prius*. It can be corrected here but a considerable unnecessary expense has been incurred in bringing it before us. Motion overruled, if within thirty days after filing of rescript plaintiff remits all of the verdict in excess of $70; otherwise motion sustained, new trial granted. *James H. Thorne*, for plaintiff. *Ames & Ames*, for defendant.

GEORGE W. PERRY *vs.* INTERNATIONAL HARVESTER COMPANY.

Aroostook County. Decided February 17, 1931. On motion. Action brought to recover damages on account of injury to automobile caused by collision between cars of plaintiff and defendant. Verdict for plaintiff with reasonable assessment of damages.

The case presents simple issues of fact and the record discloses sufficient apparently credible evidence to justify the jury in finding negligence on the part of defendant and the exercise of ordinary care by the plaintiff. Motion overruled. *Bernard Archibald*, for plaintiff. *Ransford W. Shaw*, for defendant.